## REEVES v. STATE.
### No. 26293.

Court of Criminal Appeals of Texas.

March 4, 1953.

No attorney on appeal, for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

GRAVES, Presiding Judge.

The conviction is for the theft of one head of cattle. The penalty assessed is confinement in the state penitentiary for a term of two years.

The record contains no notice of appeal except a docket entry thereof. The statute, Art. 827, C.C.P., provides that such notice shall be given in open court and entered of record. A notation on the trial docket is not a sufficient record of such notice. See Clark v. State, Tex.Cr.App., 218 S.W.2d

210; Hughes v. State, Tex.Cr.App., 218 S. W.2d 479, and many cases there cited; also Wood v. State, Tex.Cr.App., 218 S.W.2d 480.

No notice of appeal being shown herein, the appeal is dismissed.